UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE CAMEL,<br><br>        Plaintiff,<br><br>   v.<br><br>EQUIFAX, INC.,<br><br>        Defendant. | Case No. 16-cv-06309-VC<br><br>**ORDER OF DISMISSAL** |

      The Court has been advised by the filing of the Notices of Settlement on December 15, 2016 and January 2, 2017 that both defendants in this case have reached a settlement in principle with the plaintiff.  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

      The parties retain the right to reopen this action within 60 days of this Order if either settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

      **IT IS SO ORDERED.**

Dated: January 6, 2017

                                          VINCE CHHABRIA<br>
                                          United States District Judge